UNITED STATES of America,
Plaintiff–Appellee,

v.

Ronnell Devon BLOUNT, Defendant–
Appellant.

No. 13–6098.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 17, 2013.

Ronnell Devon Blount, Appellant pro se. Michael Calvin Moore, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnell Devon Blount appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *United States v. Blount,* No.

* Although our calculation of Blount's total of-

fense level under Amendment 750 is one level

3:08–cr–00375–JRS–1 (E.D.Va. Jan. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

lower than the district court's, under neither calculation is Blount eligible for a reduction

of his sentence. *See U.S. Sentencing Guidelines Manual* § 1B1.10(b)(2)(A).